STATE v. FIFIELD

No. 659A85.

Case below: 77 N.C. App. 460.

Notice of appeal by defendant under G.S. 7A-30. Motion by State to dismiss appeal for lack of substantial constitutional question allowed 10 December 1985.

STATE v. HAMILTON

No. 723P85.

Case below: 77 N.C. App. 506.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. HARVEY AND BROOKS

No. 17P86.

Case below: 78 N.C. App. 635.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. HOLDER

No. 727P85.

Case below: 77 N.C. App. 666.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.

STATE v. HOUSAND

No. 657P85.

Case below: 77 N.C. App. 460.

Petition by defendant for discretionary review under G.S. 7A-31 denied 18 February 1986.